## Case No. 3,459.

### The CUBA v. The AUGUSTA.

[Nowhere reported; opinion not now accessible.]